RECEIVED

OCT 24 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JOHN LEFLER

VERSUS

ONE MAIN FINANCIAL, ET AL

DOCKET NO. 1:13-cv-0371

JUDGE DEE D. DRELL

MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that defendants' motion to dismiss and in the alternative, motion to stay (Doc. 6) is **DENIED INSOFAR AS** the motion to dismiss and **GRANTED INSOFAR AS** the motion to stay.

**IT IS FURTHER ORDERED** that the parties proceed to arbitration.

Thus done and signed in chambers at Alexandria, Louisiana on this 23RD day of October, 2013.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT