G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
JOHN LEFLER

RECEIVED

AUG 15 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN LEFLER,<br><br>    Plaintiff,<br><br>vs.<br><br>ONEMAIN FINANCIAL; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 1:13-cv-00371-DDD-JDK<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT ONEMAIN FINANCIAL** |

**ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff John Lefler against Defendant OneMain Financial are dismissed, with prejudice. Plaintiff John Lefler and Defendant OneMain Financial shall each bear their own costs and attorneys' fees.

Date: August 15, 2014

JUDGE, Dee D. Drell
United States District Court,
Western District of Louisiana

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT ONEMAIN FINANCIAL – 1:13-cv-00371-DDD-JDK

- 3 -